UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RUTH ILEANA MARRERO, | ) | CASE NO. 4: 12 CV 125 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | MAGISTRATE JUDGE ARMSTRONG |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM OPINION** |
| COMMISSIONER OF | ) | **AND ORDER** |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Vernelis K. Armstrong. The Report and Recommendation (ECF #19), submitted on December 27, 2012, is ADOPTED.

Plaintiff filed this action seeking judicial review of the Commissioner of Social Security's (the "Commissioner") decision denying her application for Supplemental Security Income ("SSI") under Title XVI of the Social Security Act (the "Act"), 42 U.S.C. § 1381 *et seq*. This matter was referred to Magistrate Judge Armstrong for a Report and Recommendation pursuant to Local Rule 72.2(b)(1). Magistrate Judge Armstrong recommended that the Court affirm the final decision of the Commissioner as supported by substantial evidence. No timely

objections have been filed.

The Court has reviewed *de novo* the Report and Recommendation. *See Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999); FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1)(C). The Court finds Magistrate Judge Armstrong's Report and Recommendation to be thorough, well-written, well-supported, and correct on all issues addressed therein. The Magistrate's Report and Recommendation fully and correctly addresses all of Plaintiff's claims. The Court therefore adopts the Magistrate's Report in its entirety. The Commissioner's decision denying Plaintiff's application for SSI is affirmed.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

DATED: March 19, 2013